FILED 21 NOV '18 13:33 USDC-ORP

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon ▾

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Arnold Koester<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:18 - MJ - 245 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 1, 2018 - Present___ in the county of ___Yamhill___ in the _____ District of ___Oregon___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

*Sworn pursuant to Rules 4.1 and 41(d)(3) @ 1:16 p.m.*

_____
*Complainant's signature*

Ryan Hall, Special Agent FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  ___11/21/2018___

_____
*Judge's signature*

City and state:  ___Portland, Oregon___

Hon. John V. Acosta, U.S. Magistrate Judge
_____
*Printed name and title*

**Affidavit in Support of a Complaint**

I, Ryan C. Hall, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.    I am a Special Agent with the Federal Bureau of Investigation and have been since May 2017.   My current assignment is the Portland Division – Salem Resident Agency. During my employment, I have investigated and have assisted others in investigating a range of federal crimes, including drug and gang-related offenses; health care fraud; child pornography; online enticement of minors; and interstate travel for the purpose of engaging in illicit sexual activity with minors.

2.    I submit this affidavit in support of a Complaint based on the violation of Title 18 United States Code, Section 2251(a), which prohibits the sexual exploitation of a minor (commonly referred to as the production of child pornography), by Robert Arnold Koester.

3.    This affidavit is intended to show only that there is sufficient probable cause for the Complaint and does not set forth all of my knowledge about this matter.   The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Applicable Law**

4.    Title 18, U.S.C., § 2251(a) makes it a crime to knowingly employ, use, persuade,

**Page 1 – Affidavit of Ryan C. Hall**

induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, if the person knows or has reason to know that the visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, if the visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or if it was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

### Statement of Probable Cause

5.      On November 12, 2018, Carlsbad, California, Police Officer Manuel Ortiz responded to a call of a sexual assault against a 16-year-old girl, identified herein as "Victim #1." Victim #1 is an aspiring model who was scheduled to attend a photo session that morning at 3690B Carlsbad Boulevard, in Carlsbad.   She arrived at around 11:20 am.   Three other girls and the photographer, Robert Arnold Koester, who she knew as Bert Kay, were present. When the other girls left to get lunch, Koester showed Victim #1 photographs of nude females on an electronic tablet.   She recognized some of the girls in the pictures as girls she had attended photo sessions with, and recognized one as an employee of the Frank Model Management Agency.

6.      Koester asked Victim #1 to go to the bedroom.   Once there, he asked her to remove her top.   She did so.   Koester took a topless photograph of her with her permission. When the other three girls returned from lunch, they resumed a "regular" photo session. Once the photo session ended, Victim #1 left.   However, she returned for a second photo session

**Page 2 – Affidavit of Ryan C. Hall**

later that evening.  Koester was the photographer.  Two other girls were present.  They sat in the living room and talked for about 20 minutes.  Koester then told the other girls they could leave.

7.      Koester asked Victim #1 to go with him to the bedroom to take more nude photos. She agreed.  Koester took numerous photographs of Victim #1 while she undressed.  Once Victim #1 was naked, Koester laid down on the bed, fully dressed, and told Victim #1 to straddle him, first facing away from him, then facing him.  She did so.  Koester took many photographs of her naked while she straddled him.  During that time, Koester used his hands to touch Victim #1's breast, vagina, buttocks, and anus.  He pulled Victim #1's hair, placed two of his fingers in her mouth, and put his hands around her neck and strangled her to the point where she felt she would pass out.  She told him she did not like being strangled, but he persisted.  At one point, he took a photograph of himself strangling her.  He later showed the picture to Victim #1, laughed, and said, "You look dead."

8.      Before Victim #1 left the residence, Koester had her sit on his lap.  He pulled her close to him and put his hand on her breast under her shirt.  Subject #1 then started kissing Victim #1's right shoulder, pulled her shirt aside, and bit and sucked on her right breast.  Victim #1 asked him to stop and left the residence.

9.      Carlsbad Police arrested Koester at 3690 Carlsbad Boulevard, Apt. B, on November 13, 2018, and charged him with sexual battery and contacting a minor with the intent to have sex.  In addition, they executed a California state search warrant at that address and seized multiple cellular telephones, computer equipment, and Canon camera equipment. Koester listed his home address as 16460 Northwest Meadow Lake, Carlton, Oregon.  He listed

**Page 3 – Affidavit of Ryan C. Hall**

his occupation as "Photographer," and his employer as Frank Model Management, 5600 Avenida Encinas #140, Carlsbad, California.

10.     Koester was interviewed after his arrest by Carlsbad Police Detectives Mazzocco and Bubnis.   The interview was audio and video recorded.   Carlsbad Police Sergeant Opeka monitored the live interview. Sergeant Opeka provided the following summary of the interview.

11.     The detectives asked Koester how Victim #1 reacted when Koester touched her vagina.   Koester said she pulled back and seemed nervous.   She responded in the same manner when Koester touched her anus.   Koester said that kissing and biting her breast was a dumb thing that he did to get her to loosen up.   He described it as a joke.

12.     At one point during the interview, Koester said it became apparent to him after talking with the detectives that he was a child molester.   The detectives told Koester that his electronic devices were seized pursuant to a search warrant, and asked if a search of the devices would reveal evidence of Koester doing similar things to other girls. Koester replied that he could not answer that question without sounding like a serial child molester.

13.     On November 15, 2018, the Carlsbad Police Department issued a public information release concerning Koester's arrest.   The release advised that investigators believed that Koester used the aliases Rhake Winter and Bert Kay.   Following the release, additional victims came forward.

14.     On November 16, 2018, an 18-year-old female, referred to herein as "Victim #2," reported to the Carlsbad Police that she met Koester, who she knew as Bert Kay, through the Frank Models agency in Carlsbad.   On May 20, 2017, she had an initial photo session with Koester, during which he took photos of her wearing a clear bikini that showed her nipples

through the fabric. She reported feeling uncomfortable, but believed it was part of being a model. Following that initial photo shoot, Koester told her she was the best initial test shoot he had ever seen. Victim #2 became very excited, and believed she could be a model.

15.     On June 10, 2017, Victim #2 had her second photo shoot with Koester at a beach house in Carlsbad. Before the session, Koester showed Victim #2 pictures of nude females. Koester asked Victim #2 to take her bikini top off so he could take nude pictures of her. He said he liked to take nude pictures of young girls so he can teach them how to be experienced models. Victim #2 agreed. Koester took nude pictures of Victim #2.

16.     After the second photo shoot, Koester told Victim #2 he had a farm in Carlton, OR, and invited her there so they could have a better photo shoot. Victim #2 agreed to go to Koester's farm. He provided her with an airline ticket to Oregon.

17.     On June 21, 2017, Victim #2 met with Koester in Oregon. She spent four days in Oregon with Koester and another model. On her first night in Oregon, after the first photo shoot, Koester showed Victim #2 and the other model several marijuana edibles. Victim #2 and the other model asked Koester if they could have some. Koester agreed. After having the edibles, they were sitting outside the farmhouse looking at the stars. When the other model walked inside the house, Koester, completely unprovoked, kissed Victim #2 on the mouth. Victim #2 felt very uncomfortable. Koester noticed Victim #2 did not like him kissing her and started making jokes about it. He changed the subject and started talking to her about a book he was working on called "SDLT." Koester told Victim #2 he wanted her to be in the book and asked her if he could take nude pictures and video of her in exchange for cash.

18.     Koester placed a video camera on a tripod and started recording Victim #2 during

Page 5 – Affidavit of Ryan C. Hall

the photo shoot.   He asked Victim #2 to get on top of him while she was naked, so he could take some pictures.   She agreed.   While taking the pictures, Koester started grabbing Victim #2's breasts and vagina.   At one point, Koester started strangling Victim #2 to the point she almost lost consciousness.   Victim #2 felt very uncomfortable, but she never asked Koester to stop, as she believed it was part of the job.   The next day, Koester showed Victim #2 the pictures he took while he was choking her and told her, while laughing, "You look like you are dead."

19.     Victim #2 was unsure of the exact order of the events but she said they eventually started having sex while Subject #1 recorded with his video camera on the tripod and took pictures of her engaging in oral sex.   Victim #2 stated she went to the Oregon farm approximately five more times, because Koester paid her approximately $200 to $400 cash per session.   Koester and Victim #2 had more photo shoots in Carlsbad at an apartment on Jupiter Street.   Victim #2 has several pictures and video of her photo and video sessions saved on her phone that Koester sent her.   Victim #2 stated the last time she had sex with Koester was the night before he was arrested in Carlsbad.

20.     On November 16, 2018, FBI SA James Duczakowski interviewed Victim #2. Victim #2 told him that Koester booked her flights to Oregon on Southwest Airlines.   Koester paid Victim #2 through Venmo, and communicated with her via Instagram and text message. Victim #2 told SA Duczakowski that Koester's phone number was 650-924-5115.   Victim #2 knew of two email accounts Koester used: bert@frankmodels.com and bertkayshoots@gmail.com.

21.     Victim #2 gave SA Duczakowski additional details regarding her visits to Oregon. She said that Koester had sex with her when she was 16 years old.   Koester knew Victim #2's

**Page 6 – Affidavit of Ryan C. Hall**

age because she told him, and because she showed him her high school identification card, which included her graduation year.   Victim #2 said that Koester video recorded and took photographs of their sexual activities.   She said the photographs and videos included images and video that focused on her genital area.   Video and photographs were taken of Koester performing oral sex on Victim #2, of Victim #2 performing oral sex on Koester, and of Victim #2 and Koester having vaginal intercourse.   Victim #2 said that occurred on her second trip to Oregon.   Victim #2 said that Koester's residence was on Meadow Lake Road in Carlton, Oregon.

22.    Victim #2 said that Koester had a computer workstation upstairs in his house in Carlton.   The workstation consisted of two Apple desktop computers with monitors.   Koester also had a laptop computer.   Koester used the desktop computers to edit his videos.   He also had "SD" memory cards at the residence.   Victim #2 said there was a bedroom upstairs where Koester would photograph and video models.   There was also a wardrobe room upstairs. Koester's bedroom was on the first floor.   Victim #2 said Koester had a lot of technology in his bedroom.

23.    Victim #2 described two other structures at The Farm besides the main house – a barn with an upstairs bedroom and a studio.   She also said Koester had two vehicles – a green Toyota Highlander and a silver four-door car.   Victim #2 visited the residence in Carlton this year and said Koester stilled lived there.

24.    On November 17, 2018, an adult female, identified herein as "Victim #4," was interviewed at the Carlsbad Police Department.   Victim #4 met Koester in the Portland area in October 2016.   She was a 17-year-old high school senior at the time.   Koester told Victim #4 about a new modeling agency he had created called "Frank."   Koester wanted to do a test shoot

**Page 7 – Affidavit of Ryan C. Hall**

with Victim #4 for the purpose of bringing her into the agency.    Shortly after meeting Koester, Victim #4 participated in a photo shoot at Koester's farm in Carlton.    During this first shoot, Koester convinced Victim #4 to take off her bra for photos.    Koester also convinced Victim #4 to quit her job and paid her $100 a week to photograph her at the farm about 2-3 times a week.

25.    In December 2016, Koester convinced Victim #4 to pose naked for photos.    He started by having her pose topless, then wearing lingerie, then fully nude.

26.    Between the months of March, April, and May, 2017, Koester introduced Victim #4 to a "project" he was working on.    He called the project "SDLT" which was a form of bondage/rough imagery art.    During this time period, Koester performed oral sex on Victim #4 when Victim #4 was 17 years old, and video recorded the act.    Those events took place in what Victim #4 called the "Princess Room."    Victim #4 said this occurred several times during that timeframe.

27.    Victim #4 said Koester quickly transitioned to having Victim #4 perform oral sex on him.    Victim #4 said he would make her choke on his penis and the "theme" of the videos was "SDLT" which meant the oral sex was rough.    Victim #4 said they would trade off on who was performing the oral sex, and that there were approximately twenty of these sessions while she was a juvenile.    All of those sessions were filmed in the "Princess Room."    The camera was on a tripod, and the view would be from behind the receiver's head, over their body, and towards the face of the individual performing the oral sex.    Victim #4 said she never saw the videos and she did not know what Koester did with them.    Victim #4 said by this time, Koester was paying her approximately $400 dollars every so often, and was buying her food and clothing.

28.    Victim #4 said their sexual relationship was consensual, but sometimes Koester

Page 8 – Affidavit of Ryan C. Hall

would give her "GHB," which would cause her to pass out[1]. Victim #4 said she would never consent to having sex if she was unconscious, and told Koester so. He said he would never have sex with her while she was unconscious.

29.    Victim #4 said on one occasion, Koester provided her with GHB. Victim #4 passed out, and when she eventually woke up, she had marks and bruises all over her body and she felt like she had been beaten up. Victim #4 said she felt like Koester had anal and vaginal sex with her. She was concerned that Koester recorded sex with her without her knowledge or consent.

30.    On one occasion, Koester had rough sex with Victim #4, during which he stuck her all over her body. Koester would frequently strangle Victim #4.

31.    Victim #4 said Koester had several "maids" at his house who were aspiring models. Victim #4 believed Koester would treat these girls, some of whom may have been juveniles, as servants. Victim #4 said Koester would have sex with them, but she was unsure if the maids he had sex with were juveniles.

32.    Victim #4 said she would stay at Koester's farm off and on, and would travel for modeling. She never told anyone about the seriousness of her relationship with Koester because she was embarrassed about his age, his appearance, and his "creepiness." Victim #4 loved the money, the gifts, and the sexual nature of their relationship. She "disassociated" herself from the acts she was doing with Koester, which made it easier to be with him.

---

[1]    According to the Drug Enforcement Administration Diversion Control Division, Drug & Chemical Evaluation Section, gamma-hydroxybutyric acid (GHB) is a Schedule I depressant. The GHB-containing pharmaceutical product Xyrem® is controlled as a Schedule III drug. GHB abuse became popular among teens and young adults at dance clubs and "raves" in the 1990s, and gained notoriety as a "date rape drug."

Page 9 – Affidavit of Ryan C. Hall

33.     In February 2018, Victim #4 moved down to North County San Diego full time. She moved into the "model apartment" at 2945 Unicornio, Carlsbad, California.   Koester funded this apartment and he would pay the girls to stay there and be available for modeling jobs. Victim #4 said she lived there with several girls, but one of the girls left because Koester assaulted her.

34.     Victim #4 knew Koester molested juveniles.   Victim #4 said that Koester told her he drugged a 16 year-old girl, identified herein as Victim #5, with GHB, and sodomized her on the farm in Oregon on multiple occasions.   Koester told Victim #4 he recorded the sodomy of Victim #5.   Victim #4 said she noticed Koester's attitude change in September 2018, and that he became "moody" and reckless with his sexuality.   Victim #4 said that Koester groomed many young girls.

35.     Victim #4 said after Koester's arrest, he seemed to be trying to access cloud storage accounts in an effort to delete evidence.   Victim #4 said she bought Koester a pre-paid Samsung cellular phone after he bailed out of jail.   The serial number listed on the Walmart receipt was 840359779092906789 and the phone ID number was 061696021039.

36.     Victim #4 said Koester's main partner in Oregon is a model/photographer named Damien Giles.   Victim #4 said the address of the farm is 16460 NW Meadow Lake Road, Carlton, OR 97111.   Victim #4 said Koester had at least two desktop computers he uses for his photo/video operations.   He also has several laptops, and probably close to 100 external hard drives full of data.   All of this property would be at his farm.

37.     On November 16, 2018, a 20-year-old woman, identified herein as "Victim #3," sent an email to a tip line set up by the Carlsbad Police following Koester's arrest.   I spoke with

**Page 10 – Affidavit of Ryan C. Hall**

Victim #3 on November 16, 2018.

38.    Victim #3 told me she met Koester, who she knew as Bert Kay, in approximately 2015 at his residence in Carlton, which was commonly referred to as "The Farm."   Victim #3 visited The Farm at least 50 times.   Koester offered Victim #3 $10,000.00 if she committed to being photographed by him for approximately six months.   Victim #3 knew Koester sold images to private pornography collectors, and he told her that $10,000 was nothing to him.   Koester told Victim #3 that by the end of their six-month agreement, he would make more than $10,000 off of her.

39.    Koester made Victim #3 go through a "Model Boot Camp," which entailed Victim #3 reviewing fashion magazines Koester provided that included photographs of nude professional models.   He told her that modeling nude was part of being a successful model.   He often made negative comments about Victim #3's physical appearance.

40.    Koester pressured Victim #3 to model nude.   He often photographed her in sheer dresses with no underwear underneath.   Victim #3 eventually began modeling nude for him in late 2014 or early 2015 when she was 16 years old.

40.    On one occasion, Koester had Victim #3 model face-down on a bed with her buttocks in the air.   Victim #3 was concerned that her vagina would be visible in the photographs.   Koester reassured her that her vagina was not visible, but Victim #3 thought otherwise.   Victim #3 never verified if Koester had photographed her vagina.

41.    Koester offered Victim #3 cocaine as an incentive to come to his house for gatherings.   On one particular occasion, Koester was hosting a 20th birthday party for Sarah Pardini at The Farm.   Koester offered to let Victim #3 stay at The Farm that night so she would

not have to drive back home.   She declined the invitation and never received cocaine from Koester.

42.    I interviewed Sarah Pardini on November 16, 2018.   Pardini said she met Koester on a website called Model Mayhem.   Model Mayhem is a website for freelance models to connect with photographers.   Pardini travelled to Koester's residence at 16470 NW Meadow Lake Road in Carlton, which Pardini referred to as "The Farm."   Koester offered Pardini a job as his photography assistant.

43.    Pardini turned 20 years old while working at The Farm.   Koester hosted a 20th birthday party for her, and provided individuals who attended the party cocaine and alcohol. Pardini said that Koester often kept cocaine the first bathroom on the left in the main house.

44.    Pardini advised that Koester used his SUV to transport girls to and from photo-shoots, and that the SUV had three rows of seating.   Koester would also transport his camera equipment for the photo-shoots in the SUV.   Koester would occasionally transport girls to and from the airport in the SUV.

45.    Pardini said that an approximately 23-year-old girl, identified herein as "Victim #7," told Pardini that Koester and another individual named John Short, who also lived at The Farm, sexually assaulted Victim #7 during a photo-shoot in approximately 2015.   Pardini believed that Victim #7 was drunk at the time of the assault.

46.    Victim #6 contacted Detective Sergeant Ryan Opeka of Carlsbad Police Department by e-mail on November 16, 2018.   Special Agent Ryan Hall spoke by telephone with Victim #6 on November 16, 2018.   Victim #6 said she met Koester at his residence in Carlton, which she called "The Farm," in the spring or summer of 2013 when she was 17 years

Page 12 – Affidavit of Ryan C. Hall

old.   Koester pressured her into posing for photographs fully nude.   She was uncomfortable, but agreed to do so.   Koester photographed her in the studio space and in a room above the barn which she called the "Princess Room."

47.    On November 21, 2018, Victim #5 advised Special Agent Arlo James Duczawoski of FBI San Diego and Detective Josh Bubnis of Carlsbad Police Department, Carlsbad, California, that she departed San Diego, California for Portland, Oregon on October 6, 2018.   Photos obtained from a SD card seized from a California State Search Warrant served on November 13, 2018 at 3690 Carlsbad Boulevard, B, Carlsbad, California 92008 were shown to Victim #5.   Victim #5 advised that the images provided from the SD card were taken in the State of Oregon by Koester.   At least one of those images appears to be an adolescent female engaged in the lascivious exhibition of her genitals.   Specifically, one image shows the victim on her knees, bending forward and was taken from behind.   The photo appears focused on her vagina, which took up the majority of the photograph, and she appears to be touching or spreading her vagina with her hand.

48.    The Carlsbad Police Department and the FBI continue to receive reports from victims who are reporting similar activities on Koester's part.   The investigation is ongoing.

49.    An Oregon Driver's License search revealed that Robert Koester lists two residence addresses: 16470 NW Meadow Lake Rd, Carlton, Oregon, and 1271 NE Highway 99W #509, McMinnville, Oregon.   He was born in 1966.   An NCIC search revealed that Robert Koester is an alias name for a subject named Rhake I. Winter, FBI number 189785NB5, who has the same date of birth and Social Security number as Koester.

**Request for Sealing**

**Page 13 – Affidavit of Ryan C. Hall**

50.    I respectfully request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.   Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

## Conclusion

51.    Based on the foregoing, I have probable cause to believe that Robert Koester, also known as Bert Kay, knowingly and unlawfully produced child pornography, in violation of Title 18, U.S.C., § 2251(a).

52.    Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney Gary Sussman.   AUSA Sussman advised me that in his opinion the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance

//

//

//

//

of the requested warrant.

**Page 14 – Affidavit of Ryan C. Hall**

*Sworn pursuant to Rules 4.1 and 41(d)(3) on 11.21.18 @ 1:16 p.m.*

Ryan C. Hall
Special Agent, FBI

Subscribed and sworn to telephonically this 21st day of November 2018.

Honorable John V. Acosta
United States Magistrate Judge

**Page 15 – Affidavit of Ryan C. Hall**